IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIFA A. MOHAMMED, | ) | No. C 05-3430 JSW (PR) |
| Plaintiff, | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| P. CARRIER, Office Services Supervisor I, et al., | ) | |
| Defendants. | ) | |

On August 24, 2005, Plaintiff filed a *pro se* civil rights complaint regarding the treatment of his mail at the Correctional Training Facility in Soledad, California. Thereafter, on November 15, 2005, this Court dismissed the complaint in this civil rights case but granted Plaintiff thirty days to amend the complaint to state a cognizable claim. The order notified Plaintiff that failure to do so would result in the dismissal of this action without prejudice.

Plaintiff subsequently filed two motions seeking an extension of time in which to file the amended complaint, the last of which was granted by this Court on June 12, 2006, providing Plaintiff with an additional thirty days in which to file the amendment. Since that time, Plaintiff has not filed any amendment or sought additional time in which to do so. Accordingly, this case is DISMISSED without prejudice for failure to prosecute and to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). *See Link v. Wabash R.R.*, 370 U.S. 626, 633 (1962); *McKeever v. Block*, 932 F.2d 795, 797 (9th

1  Cir. 1991). The Clerk shall close the file and enter judgment in this matter.
2      IT IS SO ORDERED.
3  DATED: May 14, 2007

                                                           */s/ Jeffrey S. White*
                                                   JEFFREY S. WHITE
                                                   United States District Judge